# Order

Michigan Supreme Court
Lansing, Michigan

December 27, 2005

Clifford W. Taylor,
Chief Justice

128959

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAVID DWAYNE EVANS,
          Plaintiff-Appellant,

v

SC: 128959
COA: 252791
Oakland CC: 2003-047315-NM

LOREN M. DICKSTEIN, and
LEWIS & DICKSTEIN, PLLC,
          Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the May 17, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

Clerk

s1219